[No. 2753.   Decided October 25, 1897.]

THE STATE OF WASHINGTON, *Appellant*, v. WILLIAM ROBERTS, *Respondent.*

Appeal from Superior Court, Spokane County.—Hon. L. H. PRATHER, Judge.

*John A. Pierce*, Prosecuting Attorney, and *Harris Baldwin*, for The State.

*Per Curiam.*—For the reasons assigned in *State v. Barkuloo*, *ante*, p. 52, the judgment will be reversed.

---

[No. 2754.   Decided October 25, 1897.]

THE STATE OF WASHINGTON, *Appellant*, v. WILLIAM ROBERTS, *Respondent.*

Appeal from Superior Court, Spokane County.—Hon. L. H. PRATHER, Judge.

*John A. Pierce*, Prosecuting Attorney, and *Harris Baldwin*, for The State.

*Per Curiam.*—For the reasons assigned in *State v. Barkuloo*, *ante*, p. 52, the judgment will be reversed.

---

[No. 2755.   Decided October 25, 1897.]

THE STATE OF WASHINGTON, *Appellant*, v. WILLIAM ROBERTS, *Respondent.*

Appeal from Superior Court, Spokane County.—Hon. L. H. PRATHER, Judge.

*John A. Pierce*, Prosecuting Attorney, and *Harris Baldwin*, for The State.

*Per Curiam.*—For the reasons assigned in *State v. Barkuloo*, *ante*, p. 52, the judgment will be reversed.